Charles Townsend, Appellant, *v.* Howard R. Kern and Louis C. Haughey, surviving partners of William A. Baeder, deceased, late trading as the William A. Baeder Glue Company, defendants ; Hood Gilpin and the Fidelity Insurance, Trust and Safe Deposit Company, executors and trustees under the will of William H. Kern, deceased, garnishees. The Market and Fulton National Bank *v.* The Same. The Same *v.* The Same. People's National Bank *v.* The Same. Allegheny National Bank *v.* The Same.

Argued March 30, 1899. Appeals, Nos. 82, 83, 84, 85 and 90, Jan. T., 1899, by plaintiffs, from judgment of C. P. No. 4, Phila. Co., Sept. T., 1898, No. 1015, sustaining exceptions to referee's report. Before STERRETT, C. J., GREEN, McCOLLUM, DEAN and FELL, JJ. Affirmed.

*Charles E. Morgan, Jr.,* and *James Collins Jones,* with them *Francis D. Lewis, Lewin W. Barringer* and *Henry C. Todd,* for appellants.

*John G. Johnson,* with him *Bernard Gilpin,* for appellees.

OPINION BY MR. JUSTICE FELL, October 6, 1899:

These cases involve the same questions which have been considered in Merchants' and Manufacturers' National Bank of Pittsburg v. Kern et al., and for the reasons stated in the opinion filed in that case, ante, p. 67, the judgments are all affirmed.